VOTAW v. CORWIN.

1. **Appeal to Supreme Court: LESS THAN $100: CERTIFICATE.** On the appeal of cases involving less than $100, the questions certified by the trial judge should be intelligible in and of themselves, and when they are not, and it is necessary to examine the whole record to ascertain what the questions are, the case will not be considered.

*Appeal from Wright District Court.*

THURSDAY, OCTOBER 18.

THIS is an action to recover part of the purchase price for a tract of land sold by the plaintiff to the defendant. There was a demurrer to the petition, which was sustained. Plaintiff appeals.

*C. F. Peterson* and *J. H. Scales*, for appellant.

*Nagle & Weber*, for appellee.

ROTHROCK, J.—The amount in controversey does not exceed one hundred dollars, and we have repeatedly determined, and rule 12 of this court requires, that the certificate provided for in this class of cases should set out and state the question of law which it is thought desirable should be decided by this court. The first question certified in this case is as follows: "Was the demurrer properly sustained?" The other questions are somewhat more specific, but none of them are intelligible in and of themselves, and in order to ascertain the meaning of the questions a full examination of the abstract is required. In some cases the claim has been made that the questions certified do not arise upon the record. In such cases we look into the record to determine that question, to the end that we may not be called upon to decide mere abstract questions. But if we are required to examine the whole record to determine what questions are certified, the rule requiring the certificate to set out the questions might as well

be repealed.   We are the more ready to make this disposition of the case, because the petition upon its face is a clear case of an attempt to recover upon a parol agreement, which adds to and varies the terms of a written cotemporaneous contract between the same parties, upon the same subject matter.

AFFIRMED.